IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GUY M. DOMAI,<br><br>    Plaintiff,<br><br>v.<br><br>FNU LEMMON,<br><br>    Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br>Case No. 2:17-CV-869 TS<br><br>District Judge Ted Stewart |

On August 3, 2017, Plaintiff filed his Complaint. This case was subsequently referred to the Magistrate Judge under 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge issued a Report and Recommendation on April 17, 2018. The Magistrate Judge recommends that Plaintiff's Complaint be dismissed for failure to state a claim on which relief may be granted. This matter is before the Court for consideration of that Report and Recommendation.

Pursuant to 28 U.S.C. § 636(b)(1), a party has 14 days from being served with a copy of the Report and Recommendation to file an objection. Plaintiff has not done so. The Court has considered the pleadings in the file and the Report and Recommendation. It is therefore

ORDERED that the Magistrate Judge's April 17, 2018 Report and Recommendation (Docket No. 8) is ADOPTED IN FULL. It is further

ORDERED that Plaintiff's Complaint is dismissed for failure to state a claim. It is further

ORDERED that Plaintiff's Motion for Service of Process (Docket No. 6) is DENIED.

DATED this 7th day of May, 2018.

BY THE COURT:

_____
Ted Stewart
United States District Judge